UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Johnny Brooks,<br><br>    Plaintiff<br><br>    v.<br><br>Wheelabrator Bridgeport, LP,<br>Wheelabrator Technologies Holdings, Inc.<br><br>    Defendants | Civil Action No. 3:20-cv-01716-OAW |

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

Plaintiff Johnny Brooks (the "Plaintiff"), by his attorneys, hereby respectfully moves the Court for an extension of the deadline to file dispositive motions and oppositions by ten weeks. In support of this motion, the Plaintiff states as follows:

1. Per the Court's February 20, 2024 order, dispositive motions are due to be filed on April 22, 2024. (Docket No. 139).

2. Counsel for Defendants has represented to Plaintiff's counsel that Defendants intend to file a dispositive motion.

3. The Plaintiff, Johnny Brooks, has unexpectedly been scheduled to undergo emergency heart surgery on April 22, 2024. Specifically, Plaintiff will undergo coronary artery bypass graft ("CABG") surgery. He is also scheduled to undergo a left atrial appendage ligation procedure during this CABG heart surgery. The Plaintiff has authorized the disclosure of this information.

4. Plaintiff has been advised that the expected time for recovery from the surgery is at least six (6) weeks, including time in the hospital and time thereafter recovering at

1

home.  Depending on how the surgery progresses, and whether there are any complications, Plaintiff's recovery may take significantly longer than six (6) weeks. Due to the serious nature of the surgery and the major pain associated with the recovery process, Plaintiff is expected to be on powerful pain medication for a meaningful part of the post-surgery recovery period.

5. Because Plaintiff's time sensitive heart surgery is scheduled to take place on the dispositive motion deadline (April 22, 2024), Plaintiff would be unable to meaningfully participate in the preparation of his Opposition (and associated supporting documents) related to any dispositive motion filed on April 22, 2024.

6. Because of the uncertain recovery period following the surgery, and the potential that it could last for more than six (6) weeks, Plaintiff and his attorneys request that the deadline for the filing of dispositive motions be extended by ten (10) weeks to July 1, 2024.

7. As a further reason for an extension of this length, Plaintiff's attorney Timothy Brock is getting married in mid-June and is not working for a period of time surrounding the wedding. Likewise, Plaintiff's attorney Benjamin Wyatt has a long-scheduled family vacation during the second half of June 2024.

8. Prior to filing this motion, Plaintiff's counsel communicated with Elizabeth McKenna, Counsel for the Defendants.  Through Ms. McKenna, Defendants have assented to this extension of the dispositive motion deadline to July 1, 2024 and have assented to the filing of this motion.

9. Accordingly, the Plaintiff, through his attorneys, requests that the deadline for dispositive motions be extended by ten weeks from April 22, 2024 to July 1, 2024.

2

Dated: April 18, 2024

Respectfully Submitted,

Johnny Brooks

By his attorneys,

*/s/ Benjamin J. Wyatt*
Benjamin Wyatt, (ct29994)
bwyatt@wyattlegalservices.com
Timothy Brock (ct30864)
tbrock@wyattlegalservices.com

The Law Offices of Wyatt & Associates,
P.L.L.C.
17 Elm St, Suite C211
Keene, NH 03431
Telephone: (603) 357-1111
Fax: (603) 685-2868

## **CERTIFICATION**

I hereby certify that on April 18, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Benjamin J. Wyatt*

Benjamin J. Wyatt