**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JOHNNY BROOKS,

        Plaintiff,

      v.

WHEELABRATOR BRIDGEPORT, LP, ET AL,

        Defendants.

Civil Action No.: 3:20-CV-01716-OAW

December 31, 2025

## WITHDRAWAL OF APPEARANCE OF ATTORNEY JAMES H. GOLICZ

In accordance with D. Conn L. Civ. R. 7(e), the undersigned counsel, James H. Golicz, hereby withdraws his appearance on behalf of Defendants Wheelabrator Bridgeport, LP and Wheelabrator Technologies, Inc. ("Defendants") in the above-captioned matter. Movant seeks to withdraw his appearance as counsel of record as he will no longer be employed by Littler Mendelson, P.C., the law firm which was retained by the Defendants to litigate this action on their behalf. The Defendants have been notified of this withdrawal. Defendants will continue to be represented by the other Littler Mendelson, P.C. counsel of record who has an appearance on this matter, Elizabeth McKenna.

*/s James H. Golicz*

James H. Golicz (ct31155)
jgolicz@littler.com
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, Suite 300
New Haven, Connecticut 06510
Telephone:     203.974.8700
Facsimile:     203.974.8799

ATTORNEYS FOR DEFENDANTS
WHEELABRATOR BRIDGEPORT, LP,
AND WHEELABRATOR TECHNOLOGIES
INC.

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 31st day of December, 2025 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

*/s/ James H. Golicz*
James H. Golicz (ct31155)
